**UNITED STATES, Plaintiff—Appellee,**

v.

**Hilario Mateo Pedro Antonio SAN-CHEZ, aka Gustavo Sanchez–Lopez, aka Sayas, Defendant—Appellant.**

**No. 10–50532.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 20, 2011.

David Michael Herzog, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Robison D. Harley, Jr., Esquire, Santa Ana, CA, for Defendant–Appellant.

Hilario Mateo Pedro Ant Sanchez, pro se.

Before: GOODWIN, WALLACE and McKEOWN, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Hilario Sanchez appeals his conviction by guilty plea and sentence for conspiracy to harbor and conceal illegal aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sanchez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Sanchez with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

